# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

148741

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES ALLEN BURKEEN,
      Defendant-Appellant.

SC: 148741
COA: 317110
Gladwin CC: 01-006657-FY

_____/

      On order of the Court, the application for leave to appeal the January 30, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



d0917

Clerk